IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:23-CV-00039-M-RN

THE ESTATE OF TRAVIS TERRELL
MORRIS, *by and through the administratrix
Yulonda Morris*,

    Plaintiff,

v.

SHERIFF FRED HUGHES, III, *in his
official capacity*, et al.,

    Defendants.

ORDER

This matter comes before the court on the parties' Joint Motion for Approval of Wrongful Death Settlement [DE 32] and Joint Motion to File Under Seal [DE 35]. For the following reasons, both motions are GRANTED.

The parties move this court to approve the wrongful death settlement pursuant to N.C. Gen. Stat. §§ 28A-18-2 and 28A-13-3(a)(23). DE 32. The motion is supported by Charles M. Putterman, who this court appointed as Guardian ad Litem for the minor beneficiary N.R.P.M. pursuant to Federal Rule of Civil Procedure 17(c)(2). DE 28; DE 32 at 1. The court has reviewed the settlement agreement [DE 33] and disbursement summary [DE 34] and finds that they are reasonable and fair to all parties and heirs. *See* § 28A-13-3(a)(23). The settlement agreement is therefore APPROVED. Defendants are ORDERED to provide payment in the amount and method prescribed in the General Release and Indemnity Agreement [DE 33], and Plaintiff is ORDERED to cause those funds to be disbursed as set forth in the disbursement summary [DE 34].

The parties additionally move to seal the settlement agreement [DE 33] and disbursement summary [DE 34] pursuant to Federal Rule of Civil Procedure 5.2. DE 35 at 1. The rule permits the court to order that unredacted filings containing a minor's name be filed under seal. Fed. R. Civ. P. 5.2(d). For good cause shown, the motion to seal [DE 35] is GRANTED. The Clerk of Court is DIRECTED to maintain the filings at DE 33 and DE 34 under seal until and unless the court orders otherwise.

SO ORDERED this 8th day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE